**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-2148**

_____

MERVIN HINSON-BEY,

                    Plaintiff - Appellant,

          v.

CITY OF ALBERMARLE POLICE DEPARTMENT; B. J. TIPTON, Officer,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Catherine C. Eagles,
District Judge.  (1:16-cv-00402-CCE-JLW)

_____

Submitted:  February 16, 2017        Decided:  February 21, 2017

_____

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Mervin Hinson-Bey, Appellant Pro Se.  Bradley Philip Kline,
CRANFILL, SUMNER & HARTZOG, LLP, Charlotte, North Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mervin Hinson-Bey appeals the district court's order dismissing with prejudice his 42 U.S.C. § 1983 (2012) civil rights action for failure to state a claim. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Hinson-Bey's informal brief does not challenge the basis for the district court's disposition, Hinson-Bey has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2